ADELAIDE APPLEBAUM, an Infant, by PAULINE APPLEBAUM, Her Guardian ad Litem, Respondent, *v.* BOARD OF EDUCATIÓN OF THE CITY OF NEW YORK, Appellant.

Argued November 18, 1947; decided January 15, 1948.

*Charles E. Murphy, Corporation Counsel (Joseph J. Lucchi* and *Seymour B. Quel* of counsel), for appellant.

*Bernard Budnick* and *Solomon Weiss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.